# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>HECTOR ELIAS ELVIR-MEDINA, a/k/a HECTOR ELISAS GODOY-MEDINA<br><br>*Defendant(s)* | Case No.  8:16MJ1784TBM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 1, 2016__ in the county of __Manatee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Hemberger, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-2-16

_____
*Judge's signature*

City and state:  Tampa, Florida          Thomas B. McCoun, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 14, 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Hector Elias ELVIR-MEDINA, a/k/a "Hector Elias GODOY-MEDINA", a native and citizen of Honduras, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about November 28, 2016, ICE ERO received a list of non-United States citizens on active probation from the Florida Department of

Corrections and determined that ELVIR-MEDINA was unlawfully present in the United States.

5. On December 1, 2016, ICE ERO officers found ELVIR-MEDINA at the Manatee County probation office, within the Middle District of Florida.

6. Post-*Miranda*,[1] ELVIR-MEDINA stated that he was a Honduran citizen who had reentered the United States without permission after having been previously deported, and that, when he reentered, he did so voluntarily.

7. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to ELVIR-MEDINA. Upon review of these documents, I determined that ELVIR-MEDINA is a native and citizen of Honduras and is illegally present in the United States. I also found that he had been previously deported from the United States to Honduras on or about October 28, 2003, and on or about February 27, 2009.

8. Fingerprints taken of ELVIR-MEDINA were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

---

[1] ELVIR-MEDINA'S native language is Spanish, and ICE ERO officers read the *Miranda* rights to him in that language. Additionally, ICE ERO officers conducted the post-*Miranda* interview in Spanish.

9. Computer record checks also indicate that ELVIR-MEDINA was convicted of Felony Battery, on or about June 25, 2015, in the 12th Circuit Court in Bradenton, Florida.

10. No information exists, either in the A-file documents or the computer databases, that ELVIR-MEDINA had either requested or received permission from any immigration official or the Attorney General to reenter the United States after his deportation.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that ELVIR-MEDINA, a citizen and national of Honduras, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

William Hemberger
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 2nd day of December, 2016, in Tampa, Florida.

THOMAS B. MCCOUN, III
United States Magistrate Judge

3